**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v**<br><br>**CAPSULCN INTERNATIONAL CO.,**<br>**LTD., et al.**<br><br>    **Defendants.** | **CRIMINAL NO. EP: 3:25-CR-00957-LS** |

**GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL**

Comes now the United States of America, by and through the undersigned attorney, and hereby gives notice that Department of Justice attorney C.B. Buente is assigned to represent the United States in the above-captioned case as co-counsel on all matters forthwith.  Therefore, it is requested that Department of Justice attorney C.B. Buente be added to the docket in the instant cause.

Respectfully submitted,

LORINDA LARYEA,
CHIEF, FRAUD SECTION,
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:    /s/ C.B. Buente
       C.B. Buente
       U.S. Department of Justice, Criminal Division
       Fraud Section, Health & Safety Unit
       1400 New York Ave. NW
       Washington, D.C. 20005
       202-598-3966
       christopher.buente@usdoj.gov